UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LASONYA HARPER, ET AL.,          )
     Plaintiffs,                 )
                                 )
     v.                          )     C.A. No. 07-12351-MLW
                                 )
MASSACHUSETTS DEPARTMENT OF      )
TRANSITIONAL ASSISTANCE,         )
     Defendant                   )

ORDER

WOLF, D.J.                                        January 25, 2013

     The parties have filed a Joint Motion for Review and
Preliminary Approval of Settlement Agreement and Notice of
Fair[ness] Hearing (the "Motion").  They have not, however, filed
a memorandum in support of the Motion as required by Rule 7.1(B)(1)
of the Local Rules of the United States District Court for the
District of Massachusetts.  The court does not now have all of the
information necessary to decide whether the Motion should be
allowed.

     Accordingly, it is hereby ORDERED that:

     1.   The parties shall, by February 11, 2013, file a
memorandum in support of the Motion which, among other things: (a)
describes the dispute in the case; (b) addresses why class
certification is appropriate under Federal Rule of Civil Procedure
23 generally and Rule 23(b)(2) particularly; (c) explains terms of
the proposed settlement; and (4) addresses why the court should
find, under the relevant jurisprudence, that the settlement appears
to be sufficiently fair, reasonable, and adequate to be distributed

to the putative class and ultimately be approved.

    2.   A hearing on the Motion will be held on February 19, 2013, at 3:00 p.m.

UNITED STATES DISTRICT JUDGE