UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASONYA HARPER, ET AL.,<br>    Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF<br>TRANSITIONAL ASSISTANCE,<br>    Defendant | C.A. No. 07-12351-MLW |

ORDER

WOLF, D.J.                                                          January 25, 2013

The parties have filed a Joint Motion for Review and Preliminary Approval of Settlement Agreement and Notice of Fair[ness] Hearing (the "Motion"). They have not, however, filed a memorandum in support of the Motion as required by Rule 7.1(B)(1) of the Local Rules of the United States District Court for the District of Massachusetts. The court does not now have all of the information necessary to decide whether the Motion should be allowed.

Accordingly, it is hereby ORDERED that:

1. The parties shall, by February 11, 2013, file a memorandum in support of the Motion which, among other things: (a) describes the dispute in the case; (b) addresses why class certification is appropriate under Federal Rule of Civil Procedure 23 generally and Rule 23(b)(2) particularly; (c) explains terms of the proposed settlement; and (4) addresses why the court should find, under the relevant jurisprudence, that the settlement appears to be sufficiently fair, reasonable, and adequate to be distributed

to the putative class and ultimately be approved.

    2.   A hearing on the Motion will be held on February 19, 2013, at 3:00 p.m.

                                           /s/ Mark L. Wolf  
                                      UNITED STATES DISTRICT JUDGE